IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MIRANDA GILLARD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART STORES INC., an Arkansas Corporation; dba WAL-MART, and WAL-MART STORES EAST INC., dba WAL-MART;<br><br>    Defendants. | **SCHEDULING ORDER**<br><br><br>Case No.: 1:22-cv-00133-DBP<br><br><br>Honorable Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 16(b), the Judge received the Attorneys' Planning Report filed by Counsel. (ECF No. 13.)   Consistent therewith, the following matters are scheduled:

**All Time 11:59 p.m. unless indicated otherwise.**

| 1. | PRELIMINARY MATTERS | | **DATE** |
|---|---|---|---|
| | a. | Nature of claim(s);   Personal Injury - Negligence | |
| | b. | Was Rule 26(f)(1) Conference held: | By E-mail Correspondence |
| | c. | Has Attorneys' Planning Meeting Report been submitted: | 00/00/00 |
| | d. | Were 26(a)(1) Initial Disclosures completed: | 12/15/22 |
| 2. | DISCOVERY LIMITATIONS | | **NUMBER** |
| | a. | Maximum Number of Depositions by Plaintiff(s) | 10 |
| | b. | Maximum Number of Depositions by Defendant(s) | 10 |
| | c. | Maximum Number of Hours for Each Deposition | |

1

|  |  |  |  |
|---|---|---|---|
|  |  | (unless extended by agreement of parties) | 7 |
|  | d. | Maximum Interrogatories by any Party to any Party | 25 |
|  | e. | Maximum requests for admissions by any Party to any Party | 25 |
|  | f. | Maximum requests for production by any Party to any Party | 25 |
| 3. | **AMENDMENT OF PLEADINGS/ADDING PARTIES** |  | **DATE** |
|  | a. | Last Day to File Motion to Amend Pleadings | 8/31/23 |
|  | b. | Last Day to File Motion to Add Parties | 8/31/23 |
| 4. | **RULE 26(a)(2) REPORTS FROM EXPERTS** |  |  |
|  | a. | Plaintiff | 10/31/23 |
|  | b. | Defendant | 12/29/23 |
|  | c. | Plaintiff's Counter Reports | 1/31/24 |
| 5. | **OTHER DEADLINES** |  |  |
|  | a. | Discovery to be completed by: |  |
|  |  | Fact discovery | 9/29/23 |
|  |  | Expert discovery | 4/30/24 |
|  | b. | List expert witnesses: |  |
|  |  | Plaintiff | 10/31/23 |
|  |  | Defendant | 12/29/23 |
|  |  | Rebuttal | 1/31/24 |
|  | c. | Deadline for filing dispositive or potentially dispositive motions | 5/30/24 |
|  | d. | **Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed.** |  |

    e.  **At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial dates will be set within three to six months.**

**6.**    **SETTLEMENT/ ALTERNATIVE DISPUTE RESOLUTION**

    a.  Referral to Court-Annexed Mediation    No

    b.  Referral to Court-Annexed Arbitration    No

    c.  Settlement probability:    Fair

DATED this 1st day of November, 2022,

        UNITED STATES MAGISTRATE COURT JUDGE

        _____
        Honorable Dustin B. Pead